# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No[ ] Yes[ ] Judge Previously Assigned

If yes, was this case Vol.[ ] Invol.[ ] Dismissed. No[ ] Yes[ ] If yes, give date _____ & Case No. _____

Is THIS AN INTERNATIONAL ARBITRATION CASE?   No [ ]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                        TORTS                                                   ACTIONS UNDER STATUTES

**CONTRACT**                **PERSONAL INJURY**           **PERSONAL INJURY**             **FORFEITURE/PENALTY**   **BANKRUPTCY**                  **OTHER STATUTES**
                                                          [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE          [ ] 310 AIRPLANE              PHARMACEUTICAL PERSONAL         [ ] 625 DRUG RELATED    [ ] 422 APPEAL                  [ ] 375 FALSE CLAIMS
[ ] 120  MARINE             [ ] 315 AIRPLANE PRODUCT      INJURY/PRODUCT LIABILITY        SEIZURE OF PROPERTY           28 USC 158                [ ] 400 STATE
[ ] 130  MILLER ACT                 LIABILITY             [ ] 365 PERSONAL INJURY         21 USC 881              [ ] 423 WITHDRAWAL                      REAPPORTIONMENT
[ ] 140  NEGOTIABLE         [ ] 320 ASSAULT, LIBEL &              PRODUCT LIABILITY       [ ] 690 OTHER                 28 USC 157                [ ] 410 ANTITRUST
         INSTRUMENT                 SLANDER               [ ] 368 ASBESTOS PERSONAL                                                               [ ] 430 BANKS & BANKING
[ ] 150  RECOVERY OF        [ ] 330 FEDERAL                       INJURY PRODUCT                                                                  [ ] 450 COMMERCE
         OVERPAYMENT &              EMPLOYERS'                    LIABILITY                                                                       [ ] 460 DEPORTATION
         ENFORCEMENT                LIABILITY                                                                     **PROPERTY RIGHTS**             [ ] 470 RACKETEER INFLU-
         OF JUDGMENT        [ ] 340 MARINE                **PERSONAL PROPERTY**                                                                           ENCED & CORRUPT
[ ] 151  MEDICARE ACT       [ ] 345 MARINE PRODUCT                                                                [ ] 820 COPYRIGHTS                      ORGANIZATION ACT
[ ] 152  RECOVERY OF                LIABILITY             [ ] 370 OTHER FRAUD                                     [ ] 830 PATENT                          (RICO)
         DEFAULTED          [ ] 350 MOTOR VEHICLE         [ ] 371 TRUTH IN LENDING                                [ ] 840 TRADEMARK               [ ] 480 CONSUMER CREDIT
         STUDENT LOANS      [ ] 355 MOTOR VEHICLE                                                                                                 [ ] 490 CABLE/SATELLITE TV
         (EXCL VETERANS)            PRODUCT LIABILITY
[ ] 153  RECOVERY OF        [ ] 360 OTHER PERSONAL                                                                **SOCIAL SECURITY**
         OVERPAYMENT                INJURY                [ ] 380 OTHER PERSONAL          **LABOR**                                               [ ] 850 SECURITIES/
         OF VETERAN'S       [ ] 362 PERSONAL INJURY -             PROPERTY DAMAGE                                 [ ] 861 HIA (1395ff)                    COMMODITIES/
         BENEFITS                   MED MALPRACTICE       [ ] 385 PROPERTY DAMAGE         [ ] 710 FAIR LABOR      [ ] 862 BLACK LUNG (923)                EXCHANGE
[ ] 160  STOCKHOLDERS                                             PRODUCT LIABILITY               STANDARDS ACT   [ ] 863 DIWC/DIWW (405(g))
         SUITS                                                                            [ ] 720 LABOR/MGMT      [ ] 864 SSID TITLE XVI
[ ] 190  OTHER                                            **PRISONER PETITIONS**                  RELATIONS       [ ] 865 RSI (405(g))            [ ] 890 OTHER STATUTORY
         CONTRACT                                         [ ] 463 ALIEN DETAINEE          [ ] 740 RAILWAY LABOR ACT                                       ACTIONS
[ ] 195  CONTRACT                                         [ ] 510 MOTIONS TO              [ ] 751 FAMILY MEDICAL                                  [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                                  VACATE SENTENCE         LEAVE ACT (FMLA)        **FEDERAL TAX SUITS**
         LIABILITY          **ACTIONS UNDER STATUTES**          28 USC 2255
[ ] 196  FRANCHISE                                        [ ] 530 HABEAS CORPUS           [ ] 790 OTHER LABOR     [ ] 870 TAXES (U.S. Plaintiff or [ ] 893 ENVIRONMENTAL
                            **CIVIL RIGHTS**              [ ] 535 DEATH PENALTY                   LITIGATION              Defendant)                      MATTERS
                                                          [ ] 540 MANDAMUS & OTHER        [ ] 791 EMPL RET INC    [ ] 871 IRS-THIRD PARTY         [ ] 895 FREEDOM OF
                            [ ] 440  OTHER CIVIL RIGHTS                                           SECURITY ACT            26 USC 7609                     INFORMATION ACT
**REAL PROPERTY**                    (Non-Prisoner)                                                                                               [ ] 896 ARBITRATION
                            [ ] 441 VOTING                                                                                                        [ ] 899 ADMINISTRATIVE
[ ] 210  LAND               [ ] 442 EMPLOYMENT                                            **IMMIGRATION**                                                 PROCEDURE ACT/REVIEW OR
         CONDEMNATION       [ ] 443 HOUSING/              **PRISONER CIVIL RIGHTS**                                                                       APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE                ACCOMMODATIONS                                        [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &       [ ] 445 AMERICANS WITH        [ ] 550 CIVIL RIGHTS                    APPLICATION                                     [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT                  DISABILITIES -        [ ] 555 PRISON CONDITION        [ ] 465 OTHER IMMIGRATION                                       STATE STATUTES
[ ] 240  TORTS TO LAND              EMPLOYMENT            [ ] 560 CIVIL DETAINEE                  ACTIONS
[ ] 245  TORT PRODUCT       [ ] 446  AMERICANS WITH       CONDITIONS OF CONFINEMENT
         LIABILITY                  DISABILITIES -OTHER
[ ] 290  ALL OTHER          [ ] 448 EDUCATION
         REAL PROPERTY

*Check if demanded in complaint:*

[ ] CHECK IF THIS IS A CLASS ACTION
    UNDER F.R.C.P. 23                          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
                                               IF SO, STATE:

DEMAND $_____   OTHER _____   JUDGE _____  DOCKET NUMBER_____

*Check YES only if demanded in complaint*
JURY DEMAND: [ ] YES  [ ] NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)*  **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
  ☐ a. all parties represented
  ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judge Judgment

*(PLACE AN x IN ONE BOX ONLY)*  **BASIS OF JURISDICTION**  *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

☐ 1 U.S. PLAINTIFF   ☐ 2 U.S. DEFENDANT   ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)   ☐ 4 DIVERSITY

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO:   ☐ WHITE PLAINS   ☐ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION/PRISONER CIVIL RIGHTS COMPLAINT.)

DATE          SIGNATURE OF ATTORNEY OF RECORD          ADMITTED TO PRACTICE IN THIS DISTRICT
                                                       [ ] NO
                                                       [ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #                                              Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)