UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DOMINGO CASTILLO MARCELINO, *individually
and on behalf of others similarly situated*
                      *Plaintiffs,*

                      -against-

374 FOOD, INC. (d/b/a TRIBECA BAGELS),
TIRAN TSADOK, and HAYIM TSADOK.

                      *Defendants.*
-------------------------------------------------------------------X

Docket No.: **16-cv-06827**
**(KPF)**

**Notice of Motion in Limine**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed declaration of Colin Mulholland, Esq., the undersigned will move this Court, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, 10007, before the Honorable Katherine Polk Failla for an Order precluding Defendants from offering any evidence challenging personal jurisdiction in this matter. Pursuant to the Local Civil Rules for the Southern District of New York, and the Individual Practices of Judge Failla, any opposition must be filed by June 28th, 2017 with reply due by July 3rd, 2017.

    Dated: New York, New York
           June 21, 2016

                                   MICHAEL FAILLACE & ASSOCIATES, P.C.

                                   By: __/s/ Colin Mulholland_____
                                       Colin Mulholland, Esq.
                                       60 East 42nd Street, Suite 4150
                                       New York, New York 10165
                                       (212) 317-1200
                                       *Attorneys for Plaintiff*

By ECF:
Brian Lehman, Esq.
Julia Solarz, Esq.
*Attorneys for Defendants*