# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 7, 2018

**BY ECF & ELECTRONIC MAIL**

Honorable Katherine Polk Failla  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

      Re:   <u>Castillo Marcelino et al. v. 374 Food, Inc., et al.</u>,  
             16 Civ. 6287 (KPF)

Your Honor:

     I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. Plaintiff writes to inform the Court that Plaintiff wishes to continue with Michael Faillace & Associates, P.C., as his counsel and does not wish to consult with an attorney through the Pro Se Office concerning this matter. The parties have conferred concerning Defendants' anticipated motion for disqualification and propose the following motion schedule:

    Defendants' Brief: May 11, 2018  
    Plaintiff's Opposition: May 25, 2018  
    Defendants' Reply, if any: May 26, 2018[1]

    Plaintiff thanks the Court for its time and attention to this matter.

                                            Respectfully Submitted,

                                            _____/s/_____  
                                            Shawn Clark  
                                            Michael Faillace & Associates, P.C.  
                                            *Attorneys for Plaintiff*

cc: (By ECF)  
Brian Earl Lehman  
Lehman Lg LLC  
47-39 Vernon Blvd., 3r  
Long Island City, NY 11101  
*Attorneys for Defendants*

---

[1] Plaintiff notes this date falls on a Saturday, however, Defendants have specifically requested this date.