May 7, 2018

*Via ECF*

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    Request for Oral Argument in Motion to Disqualify Opposing Counsel in *Marcelino v. 374 Food, Inc. et al.*, 16-Civ-06287-KPF

Judge Failla:

I write in response to Plaintiff's counsel's letter dated today. I will be out of the country from May 27, 2018, until June 3, 2018. Given the one-day turnaround for the reply brief (which I elected) and, more importantly, the seriousness of the motion to disqualify opposing counsel, I respectfully request a brief oral argument on the motion.

As I have a one-day trial before Judge Buchwald on June 5, 2018, I request that it be held thereafter. There is no other date after June 5, 2018, that I will not be able to attend but request that oral argument be set ahead of time for purposes of scheduling.

                                                Sincerely,
                                          /s/ *Brian Lehman*
                                        Lehman LG LLC
                                    Counsel for Defendants

cc: all counsel by ECF