UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
DOMINGO CASTILLO MARCELINO, *et al.*,    :
:
                  Plaintiffs,    :        16 Civ. 6287 (KPF) (OTW)
:
     v.    :        AMENDED ORDER OF
:        REFERENCE TO A
374 FOOD INC., *et al.*,    :        MAGISTRATE JUDGE
:
                  Defendants.    :
:
------------------------------------------------------X

KATHERINE POLK FAILLA, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:<br>_____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose:<br>_____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: |

The parties are directed to contact the chambers of Magistrate Judge Wang to schedule a settlement conference at the earliest available time.

SO ORDERED.

Dated: March 22, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge