UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOMINGO CASTILLO MARCELINO,

                Plaintiff,

      -against-

374 FOOD INC., et al.,

                Defendants,

---

No. 16-CV-6287 (KPF) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG, United States Magistrate Judge:**

This matter has been referred to the undersigned for settlement purposes. The Court will hold a **Pre-Settlement Conference Scheduling Call on Wednesday, April 17, 2019 at 10:30 a.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: March 25, 2019
       New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge