## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINGO CASTILLO MARCELINO,<br>*individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>-against-<br><br>374 FOOD, INC. (d/b/a TRIBECA BAGELS),<br>TIRAN TSADOK, and HAYIM TSADOK,<br><br>*Defendants.* | Index No. 16 Civ. 6287 (KPF)<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

    Shawn R. Clark, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day with the law firm of Michael Faillace & Associates, P.C. is Thursday, March 28, 2019.

    Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

    WHEREFORE, undersigned counsel respectfully requests that this Court permit Shawn Clark to withdraw as counsel for the Plaintiff in this matter.

Dated:  New York, New York      Respectfully submitted,
       March 28, 2019

                                      */s/ Shawn R. Clark*
                                      Shawn R. Clark, Esq.
                                      Michael Faillace & Associates, P.C.
                                      60 East 42nd Street, Suite 4510
                                      New York, New York 10165