**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOMINGO CASTILLO MARCELINO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>374 FOOD, INC. (d/b/a TRIBECA BAGELS), TIRAN TSADOK, and HAYIM TSADOK,<br><br>    Defendants. | 16 Civ. 6287 (KPF)(OTW)<br><br>MOTION TO WITHDRAW AS COUNSEL<br><br> |

  Shawn R. Clark, Esq., the undersigned counsel, respectfully moves to withdraw as counsel for Plaintiff in the above-captioned matter, as his last day with the law firm of Michael Faillace & Associates, P.C. is Thursday, March 28, 2019.

  Michael Faillace & Associates, P.C. will continue to represent the Plaintiff in this matter, and no party will be prejudiced if this Motion is granted.

  WHEREFORE, undersigned counsel respectfully requests that this Court permit Shawn Clark to withdraw as counsel for the Plaintiff in this matter.

              Respectfully submitted,

Dated: New York, New York
   March 28, 2019

          */s/ Shawn R. Clark*
          Shawn R. Clark, Esq.
          Michael Faillace & Associates,
          P.C. 60 East 42nd Street, Suite
          4510 New York, New York 10165

Application GRANTED in part.  The Court has reviewed this application for withdrawal as well as Defendants' opposition to the request. (Dkt. #90).  As Mr. Clark is no longer an attorney with Michael Faillace & Associates, the Court will terminate him as a counsel of record for Plaintiffs.  However, given that Mr. Clark's participation may be necessary to the resolution of Defendants' outstanding requests, Mr. Clark is ORDERED to remain on the docket in the case and provide updated contact information, so that the Court may communicate questions regarding these outstanding issues to him

Dated:     March 29, 2019
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE