UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
DOMINGO CASTILLO MARCELINO,
*individually and on behalf of others
similarly situated*,

                                    16 Civ. 06287 (KPF)

           *Plaintiff*,

      --against--

374 FOOD INC., HAYIM TSADOK and
TIRAN TSADOK,

              *Defendants*.
--------------------------------------------------------X

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that Defendants 374 Food, Inc., a corporation doing business

as Tribeca Bagels, Tiran Tsadok and Hayim Tsadok respectfully move to disqualify Michael

Ross and Eugene Gormakh from representing "Michael Faillace, Esq., and Michael Faillace &

Associates, P.C." (Dkt. #93, #94) in this action.


                       Respectfully submitted,

                       /s/ *Brian Lehman*
                           Brian Lehman
                         Lehman LG LLC
                     244 Fifth Ave., B258
                  New York, New York 10001
                     *Counsel for Defendants*


cc: All Counsel of Record
by CM/ECF