LAW OFFICES OF
# MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

April 17, 2019

**By ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:   *Domingo Castillo Marcelino et al. v. 374 Food, Inc., et al.*,
>         16 Civ. 6287 (KPF)

Dear Judge Failla:

On behalf of my client, Michael Faillace, Esq., and in light of our prior conferences with the Court, I am writing to ask Your Honor to relieve Mr. Faillace and his firm from representing Plaintiff Domingo Castillo Marcelino in the above-captioned matter. Mr. Faillace stands ready to make a formal application to withdraw from this case if directed to do so by the Court.

Under the circumstances presented in this case, I ask that Your Honor appoint *pro bono* counsel to represent Mr. Marcelino, who I have been advised is indigent.

Respectfully submitted,

Michael S. Ross

cc:   All Counsel
      (By ECF)