UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGO CASTILLO MARCELINO,

                              Plaintiff,

                -v.-

374 FOOD INC., *et al.*,

                              Defendants.

16 Civ. 6287 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth by the Court during the telephonic conference held on April 16, 2019, Defendants' motion for disqualification of Michael Ross, Eugene Gormakh, and the Law Offices of Michael S. Ross as ethics counsel to Michael Faillace and Michael Faillace & Associates, P.C. is denied.  The Clerk of Court is directed to terminate the motion at docket entry 95.  On this date, the Court received a letter from Mr. Ross conveying the request of Mr. Faillace and his firm that they be relieved from representing Plaintiff going forward.  The Court will address that motion under separate cover.

SO ORDERED.

Dated:   April 17, 2019
         New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge