UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DOMINGO CASTILLO MARCELINO,
*individually and on behalf of others similarly situated*,

                                                                  16 Civ. 06287 (KPF)

          *Plaintiff*,

  --against--

374 FOOD INC., HAYIM TSADOK and
TIRAN TSADOK,

          *Defendants*.
-------------------------------------------------------X

### MOTION TO DISQUALIFY YOLANDA RIVERO FROM REPRESENTING PLAINTIFF

Whereas Yolanda Rivero, an associate at Michael Faillace & Associates, P.C., filed a notice appearing on behalf of Plaintiff (Dkt. #109), Defendants respectfully move to disqualify Ms. Rivero from representing Plaintiff. Michael Faillace previously moved to withdraw from representing Plaintiff (Dkt. #104), which this Court granted (Dkt. #106). Given that Mr. Faillace does not represent Plaintiff, an associate at his firm and under his direction and supervision, should not be able to represent Plaintiff.

Date: May 6, 2019

                                                 /s/ *Brian Lehman*
                                                     Brian Lehman
                                                     Lehman LG LLC
                                                  244 Fifth Ave., B258
                                               New York, New York 10001
                                                   *Counsel for Defendants*

*All Counsel of Record*
*Served by CM/ECF*