# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510                                                                        Telephone: (212) 317-1200
New York, New York 10165                                                                        Facsimile: (212) 317-1620
_____
michael@faillacelaw.com

May 6, 2019

**By ECF**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

       Re: Castillo Marcelino et al v. 374 Food Inc. et al
       Index No. 16-cv-06287-KPF

Dear Judge Failla,

    We represent Plaintiff in the above referenced matter.  We write to respectfully request that the Notice of Appearance (Dkt. No. 109) be removed from the docket.  The Notice of Appearance was filed in error, as the case was on an outdated list of cases to file notice of appearances for an associate who recently joined the firm.  We thank the Court for its attention to this matter.

       Respectfully Submitted,

       /s/ Michael Faillace
       Michael Faillace, Esq.
       Michael Faillace & Associates, P.C.
       60 East 42nd Street, Suite 4510
       New York, New York 10165