# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510  
New York, New York 10165  
_____  
michael@faillacelaw.com



Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 6, 2019

**By ECF**  
Hon. Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

      Re: Castillo Marcelino et al v. 374 Food Inc. et al  
      <u>Index No. 16-cv-06287-KPF</u>

Dear Judge Failla,

      We represent Plaintiff in the above referenced matter. We write to respectfully request that the Notice of Appearance (Dkt. No. 109) be removed from the docket. The Notice of Appearance was filed in error, as the case was on an outdated list of cases to file notice of appearances for an associate who recently joined the firm. We thank the Court for its attention to this matter.

      Respectfully Submitted,

      /s/ Michael Faillace  
      Michael Faillace, Esq.  
      Michael Faillace & Associates, P.C.  
      60 East 42nd Street, Suite 4510  
      New York, New York 10165

```
Application GRANTED.  The Clerk of Court is directed to terminate Ms.
Rivera from the docket.  The  Clerk of Court is directed to terminate
the motion at docket entry 110.

Dated:    May 6, 2019                SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE

*Certified as a minority-owned business in the State of New York*