UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOMINGO CASTILLO MARCELINO,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>374 FOOD INC., *et al.*,<br><br>                              Defendants. | 16 Civ. 6287 (KPF)<br><br>ORDER TO SHOW CAUSE |

KATHERINE POLK FAILLA, District Judge:

      On April 18, 2019, the Court issued an Order relieving Plaintiff's counsel and requested the provision of *pro bono* counsel to Plaintiff Domingo Castillo-Marcelino. (Dkt. #106). On July 22, 2019, Plaintiff's former counsel and Defendants informed the Court that the had settled potential claims, leaving pending the judgment in favor of Plaintiff and the Defendants' anticipated sanctions motion. (Dkt. #119). The Court understands from discussions with the Court's *pro bono* office that Plaintiff was close to receiving assistance from an attorney, but this attorney has lost contact with Plaintiff. However, the Court must hear from Plaintiff on the matter. The Court has already found that Plaintiff perjured himself and that Defendants are entitled to pursue sanctions on this issue. (Dkt. #50). The case must move forward on these issues with Plaintiff either retaining an attorney or representing himself *pro se*.

      Accordingly, Plaintiff is hereby ORDERED to show cause in writing on or before October 7, 2019, in which he addresses the Court's ruling and explains how he will be represented moving forward. If Plaintiff fails to respond by that date, the Court will consider setting aside the judgment and dismissing

Plaintiff's claims with prejudice for failure to prosecute, and a potential sanctions award in favor of Defendants. If Plaintiff fails to respond, Defendants are ORDERED to submit a letter to the Court on or before October 21, 2019, in which they describe their proposed remedy for Plaintiff's perjury and failure to appear and provide the Court with a breakdown of their costs for the case in stages. The Court asks Defendants to provide itemized costs for the litigation up to and including trial, the post-trial briefing through the disqualification of Plaintiff's former counsel, and any costs that arose after the settlement of claims with Plaintiff's former counsel, Michael Faillace & Associates, P.C.

Plaintiff's former counsel is also ORDERED to transmit this message to Plaintiff Domingo Castillo-Marcelino through whatever means they were last able to contact him.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal by Plaintiff from this Order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: September 18, 2019
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge