LAW OFFICES OF
# MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

October 7, 2019

**BY ECF**

Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Domingo Castillo Marcelino et al. v. 374 Food, Inc., et al.*,
              16 Civ. 6287 (KPF)

Dear Judge Failla:

      On behalf of my client, Michael Faillace, Esq., I am writing to advise the Court that Mr. Faillace's efforts to transmit this Court's September 18, 2019 Order to Show Cause to his former client, Domingo Castillo Marcelino, appear to have been unsuccessful.

      Your Honor's September 18th Order directed that Mr. Faillace "transmit this message to Plaintiff Domingo Castillo-Marcelino through whatever means they were last able to contact him." Accordingly, Mr. Faillace has advised me that he sent a copy of the Order to Mr. Marcelino's last known e-mail address (CastilloDS29@gmail.com). In addition, Mr. Faillace hired a private investigator to attempt to locate Mr. Marcelino and to provide him with a copy of this Court's September 18th Order. The investigator unsuccessfully attempted to hand-deliver the Order to Mr. Marcelino at his last known address (4411 Ketchum Street, 1st Floor, Elmhurst, New York 11373-3638) on September 27th and 28th. Mr. Marcelino has not responded to voicemails left on his last known telephone number (646-904-0879), nor has he responded to e-mails sent to his last known e-mail address.

      Mr. Faillace stands ready to provide any other information required by the Court.

LAW OFFICES OF
MICHAEL S. ROSS

Hon. Katherine Polk Failla
October 7, 2019
Page 2

Respectfully submitted,

Michael S. Ross

cc: All Counsel
(By ECF)