UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINGO CASTILLO MARCELINO,

               Plaintiff,

          -v.-

374 FOOD INC., *et al.*,

               Defendants.

16 Civ. 6287 (KPF)

**AMENDED ORDER TO SHOW CAUSE**

KATHERINE POLK FAILLA, District Judge:

    On October 22, 2019, the Court ordered that Domingo Castillo Marcelino show cause before the Honorable Katherine Polk Failla, United States District Judge, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at 3:30 p.m. on December 4, 2019, as to why the Court should not impose sanctions on Plaintiff, including the forfeiture of Plaintiff's award and the assessment of costs against him. Additionally, the Court ordered Plaintiff to show cause as to the propriety of the Court making a finding of contempt against him. Due to a scheduling conflict, the Court ADJOURNS the hearing to **December 9, 2019, at 11:00 a.m.**

    Plaintiff's former counsel is also ORDERED to transmit this message to Plaintiff Domingo Castillo-Marcelino through whatever means they were last able to contact him.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal by Plaintiff from this Order would not be taken in good faith and therefore IFP

status is denied for the purpose of an appeal.  *See Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:   October 22, 2019
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge